UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 25-1835 |
| ST. TAMMANY PARISH JAIL, ET AL. | SECTION: D (1) |

## ORDER AND REASONS

The Court, having considered Plaintiff Brian Washington's Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to timely file any objection to the Report and Recommendation,[3] and having determined that the Report is neither clearly erroneous nor contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Brian Washington's *pro se* pleading liberally.[4]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Brian Washington's claims against Defendants are **DISMISSED without prejudice** to their prosecution in the duplicative civil actions currently pending in this Court.

New Orleans, Louisiana, November 3, 2025.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 3.
[2] R. Doc. 6.
[3] Objections were due October 14, 2025. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).